AO 442 (Rev 11/11) Arrest Warrant

9433914

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-204 |
| | ) Assigned To: Chief Judge Beryl A. Howell |
| NORMAN HINSON | ) Assign. Date: 6/3/2022 |
| | ) Description: INDICTMENT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NORMAN HINSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) - UNLAWFUL DISTRIBUTION OF 28 GRAMS OR MORE OF COCAINE BASE

Date:   06/02/2022

Zia M. Faruqui
2022.06.03 13:33:47 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.      ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 06/06/2022, and the person was arrested on *(date)* 06/10/2022
at *(city and state)* Washington, DC

Date: 06/10/2022

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*