UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-204 (BAH) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 924(c)(1) |
| NORMAN HINSON, | : | (Using, Carrying, and Possessing a |
| | : | Firearm in Furtherance of a Drug |
| Defendant. | : | Trafficking Offense) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about May 25, 2022, within the District of Columbia, **NORMAN HINSON**, did unlawfully and knowingly use and carry a firearm, that is, a privately made .40 caliber firearm, during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute a mixture and substance containing a detectable amount of phencyclidine, a Schedule II controlled substance, in violation of Title 21, Untied States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction, the defendant shall forfeit to the United States any property, real or personal, involved in these offenses, or any property traceable to such property pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461, including any firearms and ammunition involved in or used in the knowing commission

of the offense, including but not limited to a privately made .40 caliber firearm, sixteen rounds of ammunition, and one 22-round magazine.

      2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      (a)      cannot be located upon the exercise of due diligence;

      (b)      has been transferred or sold to, or deposited with, a third party;

      (c)      has been placed beyond the jurisdiction of the Court;

      (d)      has been substantially diminished in value; or

      (e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      _____/s/_____
SOLOMON S. EPPEL
Assistant United States Attorney
DC Bar No. 1046323
Violence Reduction & Trafficking Offenses Section
601 D Street, NW, Room 5.218
Washington, DC 20530
(202) 252-6661
solomon.eppel@usdoj.gov